# Exhibit A

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
EMILY B. NESTLER
Assistant Director
DOROTHY CANEVARI
M. ANDREW ZEE
CAMERON SILVERBERG
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11507
Washington, DC 20001
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA ESCOTO,<br><br>      Plaintiff,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br><br>      Defendant. | Case No.: 2:23-cv-03340-FMO-E<br><br>**DEFENDANT'S RULE 68 OFFER OF JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 68, Defendant hereby offers to allow entry of judgment to be taken against him and in favor of Plaintiff Claudia Escoto on all claims on the following terms:

1. Defendant shall pay to Plaintiff (i) the sum of one point two million dollars ($1,200,000); plus (ii) "costs," 42 U.S. Code § 2000e–5(k), incurred prior to the date of this offer during the course of litigating the captioned action; and (iii) including "a reasonable attorney's fee (including expert fees) as part of the costs," *id.*, to be agreed upon by the Parties or, if no agreement is reached, determined by the Court in its discretion, incurred prior to the date of this offer during the course of litigating the captioned action;

2. Defendant shall modify Plaintiff's Standard Form 50 (SF-50) to show a voluntary resignation instead of removal;

3. Defendant shall remove all references to Plaintiff's removal from her Electronic Official Personnel Folder (eOPF); and

4. Defendant shall provide a neutral letter of reference that Plaintiff can use for any future job applications, which shall include (1) Plaintiff's positions and titles while employed by the Executive Office for Immigration Review, (2) Plaintiff's grade and salary as of her last day of employment, and (3) the dates of Plaintiff's employment.

This offer is intended to resolve all of Plaintiff's claims in this action, including without limitation any and all claims for damages, equitable relief, interest, expenses, attorney fees, expert fees, and other costs of suit.

Under the provisions of Rule 68, this offer will be deemed withdrawn if not accepted by Plaintiff Claudia Escoto within (14) fourteen days of service of the offer.

Dated: January 24, 2024.                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
EMILY B. NESTLER
Assistant Director

*/s/ Dorothy Canevari*
DOROTHY CANEVARI
M. ANDREW ZEE
CAMERON SILVERBERG
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11507
Washington, DC 20001
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Attorneys for Defendant*