JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDIA ESCOTO, | ) | Case No. CV 23-3340 FMO (Ex) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MERRICK GARLAND, | ) | |
| Defendant. | ) | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 2, 2024, (see Dkt. No. 35, "Offer of Judgment"), judgment is hereby entered for Claudia Escoto and against Merrick Garland, Attorney General of the United States, according to the terms set forth in the Offer of Judgment.

Dated this 9th day of February, 2024.

                                                    /s/
                                        Fernando M. Olguin
                                        United States District Judge