# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CLAUDIA ESCOTO,

    *Plaintiff,*

v.

MERRICK GARLAND,

    *Defendant.*

Case No.: 2:23-cv-3340-FMO-E

**Amended Judgment**

    An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 2, 2024, (see Dkt. No. 35, "Offer of Judgment"), judgment is hereby entered for Claudia Escoto and against Merrick Garland, Attorney General of the United States, according to the terms set forth in the Offer of Judgment.  An agreement having been reached by the parties, Defendant shall pay Plaintiff $235,091.50 as costs, including attorney's fees, incurred in connection with this action.

Dated this 3rd day of April, 2024.

                            _____/s/_____

                              Fernando M. Olguin
                           United States District Judge